# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0250

VERSUS

CARL ENGLAND                                          **MAY 20, 2024**

---

In Re:   Carl England, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         396443.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED.**

                               PMc
                               CHH
                               SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT